UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                Case No. 1:01-CR-262

v.                                                HON. ROBERT HOLMES BELL

ANTONIO RAMOS GARCIA,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

Defendant Antonio Ramos Garcia has filed a motion for modification or reduction of sentence (ECF No. 130) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

The Probation Department filed a sentence modification report on November 7, 2016 (ECF No. 137). In its report, the probation department recommended the defendant is eligible for reduction in sentence based on defendant currently being an inmate, USSG § 2D1.1 was used in the guideline calculations, and the guideline range applicable to the defendant subsequently has been lowered as a result of the retroactive amendment to the Sentencing Guidelines (782). A reduction

of sentence is consistent with the policy statements of the U.S. Sentencing Commission.

Counsel for the Defendant and the Government filed responses to the Sentence Modification Report (ECF Nos. 138 and 139) concurring with the Sentence Modification Report.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 130) pursuant to 18 U.S.C. § 3582(c)(2) is **GRANTED**. Defendant Antonio Ramos Garcia's sentence shall be reduced to **188 months**. An order effectuating the sentence reduction shall issue forthwith.


DATED: December 20, 2016            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE